UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

KEVIN VERPENT,

             Plaintiff,

v.

SPRINGBOARD, INC., d/b/a
Springboard Design
     and
SPRINGBOARD, INC. d/b/a
Springboard Innovative Display Solutions,

             Defendants,
_____

Civil Case No.:

1:16-cv-1029 (DNH/CFH)

June 1, 2017

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned representatives for the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, discontinued with prejudice and on the merits, without attorneys' fees, costs and/or disbursements to either party as against the other, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii). This stipulation may be filed with the Clerk of the Court without further notice.

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: June 5, 2017
       Utica, NY

| | |
|---|---|
| PLAINTIFF,<br>KEVIN VERPENT<br>By: /s/*Adam C. Lease*<br>Adam C. Lease, Esq.<br>Karpf, Karpf & Cerutti, P.C.<br>Two Greenwood Square<br>331 Street Road, Suite 128<br>Bensalem, PA 19020<br>Phone: (215) 639-0801<br>Fax: (215) 639-4970<br>alease@karpf-law.com | DEFENDANTS<br>SPRINGBOARD, INC., d/b/a<br>Springboard Design;<br>SPRINGBOARD, INC., d/b/a<br>Springboard Innovative Display Solutions<br>By: /s/*Earl T. Redding*<br>Roemer Wallens Gold & Mineaux LLP<br>13 Columbia Circle<br>Albany, New York 12203<br>P: (518) 464-9589<br>F: (518) 464-1010<br>eredding@rwgmlaw.com |

## CERTIFICATION OF SERVICE

I hereby certify that on June 1, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/Earl T. Redding*
Earl T. Redding, Esq.